UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-24597-CIV-JORDAN

| | |
|---|---|
| NAKED, LLC, | ) |
| Plaintiff | ) |
| vs. | ) |
| CHURCH & DWIGHT CO., INC., | ) |
| Defendant | ) |

**ORDER**

Mr. Ferri's and Mr. Laney's motions for admission pro hac vice [D.E. 8, 9] are DENIED WITHOUT PREJUDICE for failure to include a certificate of good standing from the jurisdiction in which they are admitted to practice. I will reconsider the motions if they are re-filed with the certificate.(m).

DONE and ORDERED in chambers in Miami, Florida, this 18th day of January, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record