IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA\
MIAMI DIVISION
Case No.10-cv-24597-Jordan/McAliley

| | |
|---|---|
| NAKED, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>        Defendant. | JURY DEMAND |

FILED by _____ D.C.

JAN 2 8 2011

STEVEN M. LARIMORE
CLERK U S DIST CT
S D of FLA - MIAMI

**MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Frederick C. Laney of the law firm of NIRO, HALLER & NIRO, 181 West Madison Street, Suite 4600, Chicago, IL 60602, 312-236-0733, for purposes of limited appearance as co-counsel on behalf of NAKED, LLC herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Frederick C. Laney to receive electronic filings in this case, and in support thereof states as follows:

    1.    Frederick C. Laney is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois and U.S. District Court for the Northern District.

    2.    Movant, Timothy J. Haller of the law firm of Niro, Haller & Niro, 15513 Monterosso Lane, Unit 101, Naples, FL 34110, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the



Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Frederick C. Laney has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Frederick C. Laney, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Frederick C. Laney at email address laney@nshn.com.

WHEREFORE, Timothy J. Haller, moves this Court to enter an Order Frederick C. Laney, to appear before this Court on behalf of NAKED, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Frederick C. Laney.

Dated:  January 19, 2011

Respectfully submitted,

/s/ Raymond P. Niro

Raymond P. Niro (Florida Bar #0014584)
Timothy J. Haller (Florida Bar # 0018595)
Frederick C. Laney
Daniel R. Ferri
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
Email:  RNiro@nshn.com; Haller@nshn.com;
Laney@nshn.com; DFerri@nshn.com

Attorneys for Naked, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.10-cv-24597-Jordan/McAliley

| | |
|---|---|
| NAKED, LLC, | |
| Plaintiff, | JURY DEMAND |
| v. | |
| CHURCH & DWIGHT CO., INC., | |
| Defendant. | |

### CERTIFICATION OF FREDERICK C. LANEY

Frederick C. Laney, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of State of Illinois and U.S. District Court for the Northern District.

_____
Frederick C. Laney

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Frederick Christopher Laney

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Frederick Christopher Laney was duly admitted to practice in said Court on (02/07/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/19/2011 )

Michael W. Dobbins, Clerk,

By: Maria Hernandez
      Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of the Court on January 19, 2011, using the CM/ECF system.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.10-CV-24597-JORDAN/MCALILEY

| NAKED, LLC, | |
|---|---|
| Plaintiff, | |
| | JURY DEMAND |
| v. | |
| CHURCH & DWIGHT CO., INC., | |
| Defendant. | |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
FREDERICK C. LANEY, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Frederick C. Laney, and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Frederick C. Laney, in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Frederick C. Laney is granted to appear and participate in this action on behalf of Naked, LLC. The Clerk shall provide electronic notification of all electronic filings to Frederick C. Laney at laney@nshn.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_day of January, 2011.

_____
United States District Judge

Copies furnished to:
All Counsel of Record