RETURN OF SERVICE AFFIDAVIT

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE: 10-24597-CIV-JORDAN/MCALILEY
CIVIL DIVISION

Naked, LLC,

vs.

Church & Dwight Co., Inc.,

Summons In A Civil Action
COMPLAINT FOR PATENT INFRINGEM
PRAYER FOR RELIEF
EXHIBITS

ATTORNEY: TIMOTHY J. HALLER, ESQ.
181 WEST MADISON, SUITE 4600
CHICAGO, IL 60602

I received this writ on Date 02/28/2011 Time 09:00 A.M. to CHURCH & DWIGHT CO., INC., NRAI SERVICES, INC., R/A at, 515 E. PARK AVENUE Tallahassee Tallahassee FL 32301
Served same on Date 2-28-11 Time 1:45pm
[X] Served at original address.
[ ] Served at new address, see comments below.

[ ] OTHER SERVICE: By delivering a true copy of the attached instrument to
_____ as person designated to receive same. Service by Acceptance.

[X] CORPORATION: FS 48.081 Ken Howell As Authorized Representative of Registered Agent

[ ] GOVERNMENTAL/PUBLIC AGENCY FS 48.111 _____ as _____

[ ] Posted Commercial FS 48.183 Attempts(1) _____ (2) _____

[ ] NO SERVICE: For the reason that diligent search and inquiry failed to locate above named witness.

COMMENTS: W/MALE  6'0"  225 LBS  35-40  BRN HAIR

I Acknowledge I am authorized and in good standing in the jurisdiction wherein this process was served and have no interest in the above action.

The foregoing instrument was
acknowledged before me this day
by the process server who is
personally known to me.

IT'S YOUR SERVE
134 N. LASALLE STREET, # 750
CHICAGO, IL 60602

NOTARY

Print And Sign Name ID    # 111
MICHAEL C NOLAN

INDEX   3

KATHERINE ANN RUTHER
Commission # DD 960802
Expires April 25, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Naked, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **10-24597-Civ-Jordan/McAliley** |
| Church & Dwight Co., Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Church & Dwight Co., Inc.
Registered Agent c/o NRAI Services, Inc.
2731 Executive Park Drive - Suite 4
Weston, Florida  33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy J. Haller (FL Bar No. 0018595)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **December 23, 2010**

Steven M. Larimore
Clerk of Court

s/Melanie Guerrero
Deputy Clerk
U.S. District Courts