## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### Case No. cv-24597 Jordan/McAliley

NAKED, LLC,

      Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

      Defendant.

_____/

### NOTICE OF APPEARANCE

      Maria P. Sperando, Esq., of the Firm of Gary, Williams, Finney, Lewis, Watson & Sperando, hereby enters an appearance as counsel on behalf of Plaintiff, Naked, LLC, in the above-captioned case. Counsel should be copied on all future pleadings, notices and correspondence at the following address:

Maria P. Sperando
Gary, Williams, Finney, et al
221 SE Osceola St.
Stuart, FL 34994
mps@williegary.com

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been delivered by U.S. Mail to Baldo Vinti, Esq., Proskauer, attorneys for Defendant, Church & Dwight, Co., Inc., Eleven Times Square, New York, NY 11036-8299, Raymond P. Niro, Timothy J. Haller, Esq. , Frederick C. Laney, Esq., Daniel R. Ferri, Esq. , Niro, Haller & Niro, attorneys for Plaintiff, Naked, LLC, 181 W Madison, Ste. 4600, Chicago, IL 60602, and filed with the Clerk of the Court using the CM/ECF system this 18 day of March, 2011.

MARIA P. SPERANDO
Fl. Bar No. 635080
Gary, Williams, Finney
221 SE Osceola St.
Stuart, FL 34994
772 283-8260    Fax: 772 287-8494
