UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 10-CV-24597-AJ

NAKED, LLC,

        Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

        Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

[D.E. 16]

THIS CAUSE has come before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Complaint, and the Court having reviewed the motion and being otherwise fully advised on the matter, it is hereby

ORDERED AND ADJUDGED that Defendant's Unopposed Motion for Extension of Time to Respond to Complaint is hereby GRANTED. Defendant has through and including April 20, 2011 to answer, move, or otherwise respond to the Complaint.

DONE AND ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this 21st day of March, 2011.

_____
ADALBERTO JORDAN
United States District Court Judge
Southern District of Florida

Copies provided to:
    See attached Service List

1