UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 10-CV-24597-AJ

NAKED, LLC,

       Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

       Defendant.
_____/

**NOTICE OF APPEARANCE**

Matthew Triggs of Proskauer Rose LLP hereby enters his appearance as counsel of record for Defendant Church & Dwight Co., Inc. in the above-styled cause and requests that copies of all pleadings, notices, orders and other papers filed herein be served upon him.

Dated this 12th day of April, 2011.

                              Respectfully submitted,

                              PROSKAUER ROSE LLP
                              *Attorneys for Church & Dwight Co., Inc.*
                              2255 Glades Road, Suite 421A
                              Boca Raton, Florida 33431-7360
                              Telephone:   (561) 241-7400
                              Facsimile:    (561) 241-7145

                              By: s/Matthew Triggs_____
                                    Matthew Triggs
                                    Florida Bar No. 0865745
                                    mtriggs@proskauer.com
                                    Andrew L. Hoffman
                                    Florida Bar No. 0069074
                                    ahoffman@proskauer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

                                    s/Matthew Triggs  
                                    Matthew Triggs

Maria P. Sperando  
GARY, WILLIAMS, FINNEY, LEWIS  
WATSON & SPERANDO, P.L.  
Waterside Professional Building  
221 E. Osceola Street  
Stuart, FL 34944  
Tel. 772.283.8260  
Fax. 772.220.3343  
mps@williegary.com  
Via ECF

Raymond P. Niro, Esq.  
Timothy J. Haller, Esq.  
Daniel R. Ferri, Esq.  
NIRO, HALLER & NIRO  
181 W Madison Street  
Suite 4600  
Chicago, IL 60602  
Tel: 312-236-0733  
Fax: 312-236-3501  
rniro@nshn.com  
haller@nshn.com  
dferri@nshn.com  
Via ECF