IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

| | |
|---|---|
| **NAKED, LLC**, *Plaintiff*, v. **CHURCH & DWIGHT CO., INC**, *Defendant*. | CASE NO. 10-CV-24597-AJ-JJO<br><br>Jury Demand |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CHURCH & DWIGHT CO. INC.

Defendant and counterclaim-plaintiff Church & Dwight Co., Inc. ("Church & Dwight"), hereby makes the following disclosure pursuant to Fed. R. Civ. P. 7.1: Church & Dwight, through its undersigned counsel, discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Andrew L. Hoffman
Matthew Triggs (Florida Bar No. 0865745)
Andrew L. Hoffman (Florida Bar No. 0069074)
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145
mtriggs@proskauer.com
ahoffman@proskauer.com

James H. Shalek (pro hac vice to be filed)
Baldassare Vinti (pro hac vice to be filed)
Colin G. Cabral (pro hac vice to be filed)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299

Telephone: 212-969-3000
Facsimile: 212-969-2900
jshalek@proskauer.com
bvinti@proskauer.com
ccabral@proskauer.com

*Attorneys for Defendant and Counterclaim-Plaintiff Church & Dwight Co., Inc.*