UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-24597-CIV-JORDAN

| | |
|---|---|
| NAKED, LLC, | ) |
|     Plaintiff | ) |
| vs. | ) |
| CHURCH & DWIGHT CO., INC., | ) |
|     Defendant | ) |

**ORDER**

By no later than May 6, 2011, the parties shall file a joint scheduling report as required by Local Rule 16.1

DONE and ORDERED in chambers in Miami, Florida, this 26th day of April, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record