FILING FEE
PAID $75.00
Pro hac Vice [LS]00018114
Steven M. Larimore, Clerk

FILED by ___ D.C.
APR 29 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 10-CV-24597-AJ

NAKED, LLC,

        Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

        Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Colin G. Cabral, Esquire, of the law firm of Proskauer Rose LLP, with offices at 11 Times Square, New York, NY 10036, (212) 969-3000, for purposes of appearance as co-counsel on behalf of the Defendant Church & Dwight Co., Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Colin G. Cabral, Esquire to receive electronic filings in this case, and in support thereof states as follows:

    1.    Colin G. Cabral, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing and eligible to practice law in the States of New York and Massachusetts, and is admitted in the following jurisdictions:

        a.    United States District Court, New York, Southern District

        b.    United States District Court, Massachusetts

2.   Movant, Andrew Hoffman, Esquire, of the law firm of Proskauer Rose LLP, 2255 Glades Road, Suite 421 Atrium, Boca Raton, Florida 33431, Telephone (561) 241-7400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.   In accordance with the local rules of this Court, Colin G. Cabral, Esquire has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.   Colin G. Cabral, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Colin G. Cabral, Esquire at email address: ccabral@proskauer.com.

5.   Pursuant to Local Rule 7.1(A)(3), Counsel for Defendant has conferred with Counsel for Plaintiff and is authorized to represent that counsel for Plaintiff has no objection to the requested relief.

WHEREFORE, Andrew Hoffman, Esquire, moves this Court to enter an Order permitting Colin G. Cabral, Esquire, to appear before this Court on behalf of the Defendant Church & Dwight Co., Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Colin G. Cabral, Esquire.

DATED the 29th day of April, 2011.

                PROSKAUER ROSE LLP
*Counsel for Defendant Church & Dwight Co., Inc.*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:   (561) 241-7400
Facsimile:   (561) 241-7145

By: _/s/ Andrew L. Hoffman_
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Andrew L. Hoffman
Florida Bar No. 0069074
ahoffman@proskauer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 10-CV-24597-AJ

NAKED, LLC,

       Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

       Defendant.
_____/

### CERTIFICATION OF COLIN G. CABRAL

Colin G. Cabral, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars in the States of New York and Massachusetts, and am admitted to practice in the following jurisdictions:

    a. United States District Court, New York, Southern District

    b. United States District Court, Massachusetts

                                                   COLIN G. CABRAL

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

## Colin Cabral

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of April in the year of our Lord **two thousand and eleven**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Colin G. Cabral

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **28th day of June, 2005**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **18th day of April, 2011**.



*Robert D. Mayberger*
Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished U.S. Mail to the addressees set forth on the attached Service List this 29th day of April, 2011.

*Andrew L. Hoffman*
Andrew Hoffman

Maria P. Sperando
GARY, WILLIAMS, FINNEY, LEWIS
WATSON & SPERANDO, P.L.
Waterside Professional Building
221 E. Osceola Street
Stuart, FL 34944
Tel. 772.283.8260
Fax. 772.220.3343
mps@williegary.com

Raymond P. Niro, Esq.
Timothy J. Haller, Esq.
Daniel R. Ferri, Esq.
NIRO, HALLER & NIRO
181 W Madison Street
Suite 4600
Chicago, IL 60602
Tel: 312-236-0733
Fax: 312-236-3501
rniro@nshn.com
haller@nshn.com
dferri@nshn.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 10-CV-24597-AJ

NAKED, LLC,

        Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

        Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Colin G. Cabral, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Colin G. Cabral, Esquire, of Proskauer Rose LLP, with offices at 11 Times Square, New York, NY 10036, (212) 969-3000, may appear and participate in this action on behalf of the Defendant Church & Dwight Co., Inc. The Clerk shall provide electronic notification of all electronic filings to Colin G. Cabral, Esquire, at ccabral@proskauer.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of May, 2011.

_____
ADALBERTO JORDAN
United States District Judge

COPIES FURNISHED:
    See attached Service List

Service List
Case No. 10-CV-24597-AJ
United States District Court, Southern District of Florida

Maria P. Sperando
GARY, WILLIAMS, FINNEY, LEWIS
WATSON & SPERANDO, P.L.
Waterside Professional Building
221 E. Osceola Street
Stuart, FL 34944
Tel. 772.283.8260
Fax. 772.220.3343
mps@williegary.com
Via ECF

Raymond P. Niro, Esq.
Timothy J. Haller, Esq.
Daniel R. Ferri, Esq.
NIRO, HALLER & NIRO
181 W Madison Street
Suite 4600
Chicago, IL 60602
Tel: 312-236-0733
Fax: 312-236-3501
rniro@nshn.com
haller@nshn.com
dferri@nshn.com
Via ECF

Matthew Triggs, Esq.
Andrew L. Hoffman, Esq.
PROSKAUER ROSE LLP
2255 Glades Road
Suite 421A
Boca Raton, FL 33431
Tel: 561-241-7400
Fax: 561-241-7145
mtriggs@proskauer.com
ahoffman@proskauer.com
Via ECF

Colin G. Cabral, Esq.
James H. Shalek, Esq. (*Pro Hac Vice* papers to be filed)
Baldassare Vinti, Esq. (*Pro Hac Vice* papers to be filed)
Richard M. Goldstein, Esq. (*Pro Hac Vice* papers to be filed)
PROSKAUER ROSE LLP
11 Times Square
New York, New York
Tel. 212-969-3249
Fax. 212-969-2999
ccabral@proskauer.com
jshalek@proskauer.com
bvinti@proskauer.com
rgoldstein@proskauer.com
Via US Mail