UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-24597-CIV-JORDAN

| | |
|---|---|
| NAKED, LLC, | ) |
|       Plaintiff | ) |
| vs. | ) |
| CHURCH & DWIGHT CO., INC., | ) |
|       Defendant | ) |

**ORDER ON MOTIONS FOR ADMISSION PRO HAC VICE**

The motions for admission pro hac vice for Mr. Shalek [D.E. 24], Mr. Cabral [D.E. 25], and Mr. Vinti [D.E. 26] are GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of May, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All Counsel of Record