**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-CV-24597-JORDAN/O'SULLIVAN**

| | |
|---|---|
| NAKED, LLC, | |
| Plaintiff(s), | |
| v. | JURY DEMAND |
| CHURCH & DWIGHT CO., INC., | |
| Defendant(s). | |

**NOTICE OF NON-CONSENT TO TRIAL AND DISPOSITION BEFORE
MAGISTRATE JUDGE O'SULLIVAN**

Having conferred, Plaintiff, Naked, LLC and Defendant, Church & Dwight, Co. hereby provide notice to the Court that they do not consent to trial and final disposition by Magistrate Judge O'Sullivan.

| | |
|---|---|
| /s/ Timothy J. Haller | /s/ Baldassare Vinti |
| Raymond P. Niro | Matthew Triggs (Florida Bar No. 0865745) |
| Timothy J. Haller | Andrew L. Hoffman (Florida Bar No. 0069074) |
| Frederick C. Laney | PROSKAUER ROSE LLP |
| Daniel R. Ferri | 2255 Glades Road, Suite 421 Atrium |
| NIRO, HALLER & NIRO | Boca Raton, Florida  33431 |
| 181 W. Madison, Suite 4600 | (561) 241-7400 |
| Chicago, IL 60602 | Fax:  (561) 241-7145 |
| (312) 236-0733 | mtriggs@proskauer.com |
| Fax: (312) 236-3137 | ahoffman@proskauer.com |
| rniro@nshn.com | |
| haller@nshn.com | James H. Shalek (*Pro hac vice*) |
| laney@nshn.com | Baldassare Vinti (*Pro hac vice*) |
| dferri@nshn.com | Colin G. Cabral (*Pro hac vice*) |
| | PROSKAUER ROSE LLP |
| Willie Gary | Eleven Times Square |
| Maria P. Sperando | New York, NY  10036-8299 |
| GARY, WILLIAMS, FINNEY, LEWIS, | (212) 969-3000 |
| WATSON & SPERANDO, P.L. | Fax:  (212) 969-2900 |
| Waterside Professional Building | jshalek@proskauer.com |
| 221 E. Osceola Street | bvinti@proskauer.com |
| Stuart, FL 34994 | ccabral@proskauer.com |
| (772) 283-8260 | |
| Fax : (772) 220-3343 | *Attorneys for Defendant Church & Dwight Co., Inc.* |
| MPS@williegary.com | |
| *Attorneys for Naked, LLC* | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 10, 2011 the foregoing **NOTICE OF NON-CONSENT TO TRIAL AND DISPOSITION BEFORE MAGISTRATE JUDGE O'SULLIVAN** was filed electronically with the Clerk of Court pursuant the Court's CM/ECF procedures. Notice of this filing will be sent to all parties by the Court's electronic filing system.

Matthew Triggs
Andrew L. Hoffman
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145
mtriggs@proskauer.com
ahoffman@proskauer.com

Colin G. Cabral
James H. Shalek
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-299
ccabral@proskauer.com
jshalek@proskauer.com
bvinti@proskauer.com


*Attorneys for Church & Dwight Co., Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.


                                            /s/ Timothy J. Haller
                                            Attorneys for Naked, LLC