IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:10-cv-24597-JORDAN/O'SULLIVAN

NAKED, LLC,

    Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

    Defendant.

## [~~PROPOSED~~] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Jay M. Cohen on October 25, 2011 at 9:00 a.m. at the Orange County Bar Association, 880 North Orange Avenue, Orlando, Florida.

ENTERED this 16th day of June, 2011.

                                                   /s/ Adalberto Jordan
                                               U.S. District Judge Adalberto Jordan

Copies to:    Magistrate Judge O'Sullivan
                  All counsel of record