IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

| | |
|---|---|
| NAKED, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>CHURCH & DWIGHT CO., INC,<br><br>      *Defendant.* | CASE NO. 10-CV-24597-AJ-JJO |



**MODIFIED ORDER SETTING SCHEDULE**

This Matter, having been brought before the Court by Church & Dwight, Co., Inc.'s Motion to Extend the Schedule, and the Court having considered the papers submitted, and for good cause shown,

IT IS HEREBY ORDERED that the following dates set forth in the Order Setting Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 30] are modified as follows:

| | |
|---|---|
| Parties exchange expert witness summaries and reports required by Local Rule 16.1.K. | November 11, 2011 |
| Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. | December 12, 2011 |
| All discovery, including expert discovery, is completed. | January 11, 2012 |
| All pre-trial motions other than motions *in limine* are filed. | March 12, 2012 |
| Parties to submit joint pre-trial stipulation and proposed jury instructions. | April 10, 2012 |

        Calendar call                                      9 a.m. on June 18, 2012

DONE and ORDERED in chambers in Miami, Florida, this 1st day of September, 2011.

                                                            _____
                                                            Adalberto Jordan
                                                            United States District Judge

Copies to:       Magistrate Judge O'Sullivan
                  All counsel of record