UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-24597-CIV-JORDAN

| | |
|---|---|
| NAKED, LLC, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| CHURCH & DWIGHT CO., INC., | ) ) |
| Defendant | ) ) |
| _____ | ) |

### ORDER GRANTING MOTION TO RESCHEDULE MEDIATION

The joint motion to reschedule mediation [D.E. 42] is GRANTED.

The mediation conference in this matter shall be held with Jay M. Cohen on November 9, 2011 at 9:00 a.m. in Orlando, Florida. The parties' mediation statements are due on November 7, 2011.

The parties' stipulated motion extending time for submission of pre-mediation summary [D.E. 40] is DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of October, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record