UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-24597-CIV-JORDAN

NAKED, LLC, )
      Plaintiff )
  )
vs. )
  )
CHURCH & DWIGHT CO., INC., )
      Defendant )
_____ )

**ORDER AMENDING SCHEDULE**

Naked, LLC and Church & Dwight Co., Inc's joint motion to extend the schedule [D.E. 45] is GRANTED IN PART. The order setting schedule is amended as follows:

| Date | Event |
|---|---|
| November 21, 2011 | Parties exchange expert witness summaries and reports required by Local Rule 16.1.K. |
| January 9, 2012 | Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. |
| January 10, 2012 | All discovery, including expert discovery, is completed. |
| January 20, 2012 | Parties to have completed mediation. |
| January 31, 2012 | All pre-trial motions other than motions *in limine* are filed. |
| March 16, 2012 | Parties to submit joint pre-trial stipulation and proposed jury instructions. |

All other deadlines in the May 5, 2011 order setting schedule [D.E. 30] remain the same.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of November, 2011.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copies to:    Magistrate Judge Bandstra
                 All counsel of record