IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

NAKED, LLC,

        *Plaintiff*,

    v.                        CASE NO. 10-CV-24597-AJ-JJO

CHURCH & DWIGHT CO., INC,

        *Defendant*.

## NOTICE OF FILING SETTLEMENT AGREEMENT

Church & Dwight Co., Inc. ("Church & Dwight"), by and through its undersigned counsel, hereby files a copy of the settlement agreement reached on November 9, 2011 pursuant to the Court-ordered mediation, with confidential portions redacted. *See* **Exhibit A**. Counsel for Church & Dwight has conferred with counsel for Naked, LLC, which consents to the filing of the settlement agreement.

Dated: November 18, 2011

                                                              CHURCH & DWIGHT CO., INC.

                                                              By its Counsel,

                                                              /s/ Andrew L. Hoffman
                                                              Matthew Triggs (Bar No. 0865745)
                                                              Andrew L. Hoffman (Bar No. 0069074)
                                                              PROSKAUER ROSE LLP
                                                              2255 Glades Road, Suite 421 Atrium
                                                              Boca Raton, Florida 33431
                                                              Telephone: (561) 241-7400
                                                              Facsimile: (561) 241-7145
                                                              mtriggs@proskauer.com
                                                              ahoffman@proskauer.com

                                                              James H. Shalek (Admitted *pro hac vice*)
                                                              Baldassare Vinti (Admitted *pro hac vice*)
                                                              Colin G. Cabral (Admitted *pro hac vice*)
                                                              PROSKAUER ROSE LLP

Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
jshalek@proskauer.com
bvinti@proskauer.com
ccabral@proskauer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2011 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on the below counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andrew L. Hoffman
Andrew L. Hoffman

Willie Gary
Maria P. Sperando
Alton C. Hale, Jr.
GARY, WILLIAMS, FINNEY, LEWIS
WATSON & SPERANDO, P.L.
Waterside Professional Building
221 E. Osceola Street
Stuart, FL 34944
Tel. 772.283.8260
Fax. 772.220.3343
mps@williegary.com
Via ECF

Raymond P. Niro, Esq.
Timothy J. Haller, Esq.
Daniel R. Ferri, Esq.
Frederick C. Laney, Esq.
NIRO, HALLER & NIRO
181 W Madison Street
Suite 4600
Chicago, IL 60602
Tel: 312-236-0733
Fax: 312-236-3501
rniro@nshn.com
haller@nshn.com
dferri@nshn.com
laney@nshn.com
Via ECF