November 9, 2011

This Agreement is entered into between Naked LLC, Naked International, Jud Ireland (collectively "Naked") and Church & Dwight Co., Inc. ("Church & Dwight")

The parties agree as follows:

- Naked grants to Church & Dwight a fully-paid world-wide license under the patent-in-suit (US patent 5,855,206) and all related patent applications and/or patents within the family or related in any way both foreign and domestic. PATENT AS OF THIS DATE

- Naked grants to Church & Dwight a fully-paid worldwide license on any and all other rights whatsoever of any kind or nature, if any, relating to condoms

- Naked releases/waives & discharges Church & Dwight from any and all claims known or unknown of any kind

- Naked covenants not to sue Church & Dwight, its customers, suppliers, distributors, manufacturers, and all parties in privity in relation to condoms WITH RESPECT TO ALL PATENT RIGHTS OWNED BY NAKED AT THIS TIME

- Naked represents and warrants that it owns all rights to the patent-in-suit and all other rights whatsoever of any kind or nature, if any, relating to condoms



- The parties agree to file a stipulation of dismissal with prejudice with each party paying its own cost and attorney fees

- This agreement is confidential and may not be disclosed to third parties unless required by law (e.g. SEC filing) in confidence as

required by inquiries

By: _____
NAKED LLC

By: _____
NAKED INTERNATIONAL

_____
JUD IRELAND

_____
COUNSEL

By: _____
CHURCH + DWIGHT, INC.

_____
COUNSEL

For purposes of this Agreement, Church & Dwight includes any and all of its affiliates, successors, predecessors, officers, assigns, directors, employees, and agents

Naked covenants and agrees not to sue Church & Dwight in the future based on any acts in connection with the manufacture, sale, and/or distribution of condoms that are presently being manufactured, sold or distributed by Church & Dwight.

Church & Dwight covenants and agrees not to sue Naked in the future based on Naked's use of the name "Naked" in connection with the manufacture, sale, and/or distribution of its existing condoms.