IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**CLOSED CIVIL CASE**

NAKED, LLC,

*Plaintiff and Counterclaim-Defendant,*

v.

CHURCH & DWIGHT CO., INC,

*Defendant and Counterclaim-Plaintiff.*

CASE NO. 10-CV-24597-AJ-JJO

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court upon the Parties' Stipulation of Dismissal with Prejudice. After reviewing the Stipulation of Dismissal with Prejudice and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE**, with the Parties to bear their own attorneys' fees and costs. This Court retains jurisdiction for 30 days to enforce the settlement agreement and this Order. This case is CLOSED.

**SO ORDERED** on this ____ day of November, 2011.

_____
Adalberto Jordan
United States District Judge

Copies to:   Magistrate Judge Bandstra
All counsel of record

1